UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 12-Cr-00155**

UNITED STATES OF AMERICA v. <u>**Lamar McFadden**</u>

                                                              Defendant
PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  <u>**MCFADDEN, LAMAR SBI# 776819C**</u> is now confined in <u>**Garden State**</u>
<u>**Correctional Facility.**</u>
2.    Said individual will be required at <u>United States District Court</u>,
<u>before the Honorable Dennis M. Cavanaugh, July 23, 2012 at 10:00 a.m.</u>
<u>**Monday**</u> for<u> an Initial Appearance and Arraignment</u>, in the above captioned
case, in which<u> he is</u> a <u>**defendant**</u> and a Writ of Habeas Corpus should be
issued for that purpose.  **Immediately on completion of the** proceedings,
defendant will be returned to federal custody until final disposition of
federal charges as a sentence is currently being served at the detaining
facility.

DATED:  JULY 11, 2012

                          _____
                          Assistant United States Attorney
                          Petitioner NICHOLAS P. GRIPPO

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED:  *16 July 2012*

                          _____
                          HONORABLE DENNIS M. CAVANAUGH
                          UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS:  The United States of America to

<u>**WARDEN, GARDEN STATE CORRECTIONAL FACILITY**</u>
WE COMMAND YOU, that you have the body of <u>**Lamar McFadden**</u>, now confined in
<u>**Garden State Correctional Facility**</u> brought to the <u>**United States District**</u>
<u>**Court before the Honorable Dennis M. Cavanaugh in Newark, New Jersey on**</u>
<u>**Monday, July 23, 2012**</u>, <u>**for an Initial Appearance and Arraignment, in the**</u>
<u>**above-captioned matter.**</u>  **Immediately on completion** of the proceedings,
defendant will be returned to federal custody until final disposition of
federal charges as a sentence is currently being served at the detaining
facility.

WITNESS the **Honorable** <u>**Dennis M. Cavanaugh**</u>
**United States District Judge at** <u>**Newark, N.J.**</u>

DATED:  *16 July 2012*          WILLIAM T. WALSH
                                Clerk of the U.S. District Court
                                for the District of New Jersey

                   Per:  _____
                                        Deputy Clerk