# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Dennis M. Cavanaugh |
| v. : | Crim. No. 12-155 (DMC) |
| LAMAR MCFADDEN : a/k/a "Jamar Smith" : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Lamar McFadden (by Lorraine Gauli-Rufo, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter, and one prior continuance having been entered, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court and that a continuance shall serve a delay a trial in this matter, and the defendant through her attorney having consented to the continuance, and no prior continuances having been granted by the Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 13th day of Nov ~~October~~, 2012,

**ORDERED** that this action be, and hereby is, continued until January 7, 2013; and it is further

**ORDERED** that the period from October 25, 2012 through January 7, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE


Consented and Agreed By
_____
Lorraine Gauli-Rufo, Esq.
Counsel for Defendant Rashan Davis


_____
Nicholas P. Grippo
Assistant United States Attorney